# EXHIBIT E





USA Fight Store
20170 Pines Blvd Suite 101
(inside SMRT Fitness)
Pembroke Pines, FL 33029
754-263-3861

SOLD TO:                                          SHIP TO:

Lisa Fary                                        Robert Fary
1720 S 4th St                                    1658 Powderhorn Ct
Philadelphia, Pennsylvania 19148-1853            jacksonville, Florida 32225
United States                                    United States

2673123675
lisa.fary@gmail.com

Payment Method: PayPal (including Credit and Debit Cards)

Products                                                          Model

    1 x MMA Elite Pain Relief Gel

